### Russell E. DODDS, Respondent,

v.

### Steve WELSH, Appellant.

### No. WD 32735.

Missouri Court of Appeals,
Western District.

Nov. 30, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Feb. 8, 1983.

James R. Sandifar, Kansas City, for appellant.

R.M. Gifford of Gifford & Richardson, Green City, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM:

This is an appeal from a judgment for damages for personal injuries resulting from an intentional tort.

Judgment affirmed. Rule 84.16(b).